584

445 A.2d 221

Commonwealth v. Ferguson, Appellant.

Submitted September 10, 1981. John C. Tylwalk, Assistant Public Defender, for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The judgment of sentence is affirmed.

445 A.2d 222

Commonwealth v. Gurki, Appellant.

Petition for Allowance of Appeal Denied Aug. 30, 1982.

Argued May 22, 1981. Leonard I. Sharon, for appellant; Samuel J. Davis, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.